·In the Matter of the Claim of JULIA FLAMMER, Respondent, against BETH-LEHEM STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by an employer, self-insured, from an award of death benefits made in favor of the widow and minor children of John C. Flammer, deceased employee. The Industrial Board found that on January 6, 1942, the deceased employee sustained accidental injuries which resulted in his death and at the time he was employed as a plant patrolman by the employer. It also found that while he was engaged in the regular course of his employment and while working for his employer in unusual and extreme weather conditions, and while traveling through heavy snow and exposure to cold he suffered a coronary occlusion which caused his death, and that his death was a natural and unavoidable result of the accidental injuries sustained by him. The evidence sustains the findings. Award affirmed, with costs to the State Industrial Board. All concur. [See *post,* p. 1072.]

In the Matter of the Claim of DOROTHY STRAWWAY, Respondent, against H. STICKLER et al., Doing Business as SUPREME CONSTRUCTION Co., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board which held that decedent, husband of claimant-respondent, was an employee and not an independent contractor. Decedent was a carpenter and employed to apply shingles to a building. He was paid at the rate of $4.50 per square, and in the ·vernacular a square is 100 square feet. The company sold the shingles to the property owner and decedent was employed to apply· them. He furnished his own car, ladder, planks and an asbestos cutter. There is an admission in the employer's first report of injury that decedent was an employee; and, in addition, from all the circumstances surrounding the work, the Board might legitimately find that decedent was an employee and not an independent contractor. Decision affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of MARGARET WILLIAMS, Respondent, against VILLAGE OF GRANVILLE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits under the Workmen's Compensation Law. Claimant's husband was a policeman of the village of Granville and he was killed while lighting a bomb under the direction of the Chief of Police during an air raid warning. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of HENRY SCHROEDER, Respondent, against F. G. SHATTUCK COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by a self-insured employer from an award in favor of the claimant. The Industrial Board found that on August 28, 1936, claimant sustained accidental injuries arising out of and in the course of his employment. It found that he was employed as a baker and that while lifting a heavy box containing dough, weighing over a hundred pounds, he sustained injuries which aggravated an underlying but unknown tubercular pathology. The evidence sustains the award. Award affirmed, with costs to the State Industrial Board. All concur.